# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

BENJAMIN LEIB,

    Plaintiff,

v.

    Case No. 5:24-cv-174-TJC-PRL

ASG SOLUTIONS, LLC, a Florida
Limited Liability Company,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation for Dismissal with Prejudice (Doc. 18), filed on November 5, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of November, 2024.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Counsel of record